# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Maria-Anne N. Newton v. Bayer Corporation, et al.* | No. 3:13-cv-20023-DRH-PMF |
| *Sherry Norris v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-11305-DRH-PMF |
| *Callista Nwoke v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12314-DRH-PMF |
| *Rebecca L. Oliveri v. Bayer Corporation, et al.* | No. 3:12-cv-20102-DRH-PMF |
| *Destarte' L. Osborne v. Bayer Corporation, et al.* | No. 3:10-cv-11878-DRH-PMF |
| *Shannon Peck-Cook v. Bayer Corporation, et al.* | No. 3:12-cv-10183-DRH-PMF |
| *Michele Perino v. Bayer Corporation, et al.* | No. 3:14-cv-10048-DRH-PMF |
| *Jennifer Peterson v. Bayer Pharma AG, et al.* | No. 3:14-cv-10052-DRH-PMF |
| *Khia Peterson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10688-DRH-PMF |
| *Brooke L. Phillips v. Bayer Pharma AG, et al.* | No. 3:11-cv-13194-DRH-PMF |
| *Patricia Ann Pilar v. Bayer Corporation, et al.* | No. 3:10-cv-13523-DRH-PMF |
| *Teresa Pleasant v. Bayer Corporation, et al.* | No. 3:11-cv-20138-DRH-PMF |
| *Ronald Pollack Individually and as Parent and Natural Guardian of R.P., an Infant v. Bayer Corporation, et al.* | No. 3:13-cv-20010-DRH-PMF |
| *Tanilla Ponder v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12569-DRH-PMF |
| *Barbara Ramirez v. Bayer Corporation, et al.* | No. 3:10-cv-12437-DRH-PMF |

| | |
|---|---|
| *Anita M. Ramsey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11443-DRH-PMF |
| *Jacqueline Randan v. Bayer Corporation, et al.* | No. 3:12-cv-20086-DRH-PMF |
| *Gina Ray v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10363-DRH-PMF |
| *Courtney Reed v. Bayer Corporation, et al.* | No. 3:11-cv-13605-DRH-PMF |
| *Jeannett Regalado v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12552-DRH-PMF |
| *Tracy Renaud v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10474-DRH-PMF |
| *Ashley Nicole Rentz v. Bayer Corporation, et al.* | No. 3:13-cv-10742-DRH-PMF |
| *Kristin Robinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10086-DRH-PMF |
| *Veronica Rogers v. Bayer Corporation, et al.* | No. 3:13-cv-10138-DRH-PMF |
| *Ashley Rohrer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10579-DRH-PMF |
| *Becky Roney v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12670-DRH-PMF |
| *Tiffiney Rooks v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11218-DRH-PMF |
| *Alecia Russell v. Bayer Corporation, et al.* | No. 3:11-cv-20119-DRH-PMF |
| *Christy Sands v. Bayer Corporation, et al.* | No. 3:09-cv-10041-DRH-PMF |
| *Rebecka Sawyer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12571-DRH-PMF |
| *Allison Schworm v. Bayer Corporation, et al.* | No. 3:13-cv-10792-DRH-PMF |
| *Catherine Agnes Scott v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10756-DRH-PMF |
| *Jennifer Lyn Sedik v. Bayer HealthCare* | No. 3:13-cv-10789-DRH-PMF |

| | |
|---|---|
| *Pharmaceuticals Inc., et al.* | |
| *Patricia Sexton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:15-yz-00268-DRH-PMF |
| *Cathy Shafer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12835-DRH-PMF |
| *Angela Shook v. Bayer Corporation, et al.* | No. 3:11-cv-12956-DRH-PMF |
| *Kathryn Shurbet v. Bayer HealthCare LLC, et al.* | No. 3:14-cv-20001-DRH-PMF |
| *Debra Simons v. Bayer Corporation, et al.* | No. 3:14-cv-10360-DRH-PMF |
| *Marian Sinegar v. Bayer Corporation, et al.* | No. 3:10-cv-20460-DRH-PMF |
| *Sheila Smiley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10602-DRH-PMF |
| *LeAnn Smith v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-13073-DRH-PMF |
| *Raven Stanley v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-11308-DRH-PMF |
| *Lauren Steiner v. Bayer Corporation, et al.* | No. 3:12-cv-20111-DRH-PMF |

## **ORDER GRANTING WITH PREJUDICE DISMISSAL PURSUANT TO CMO 79**

On December 22, 2015, the Bayer Defendants moved to dismiss the claims of plaintiffs in the above captioned matters, with prejudice, pursuant to Section III of Case Management Order 79 ("CMO 79"). Pursuant to CMO 79, each plaintiff had 14 days to file an opposition to the Bayer Defendants' motions to dismiss. Case Management Order 79 further provides that failure to timely file an opposition "will result in an automatic dismissal with prejudice." CMO 79 § III ¶ 5(b). The above captioned plaintiffs failed to file an opposition to the Bayer Defendants' motions to dismiss. Accordingly, these actions are subject to automatic dismissal with prejudice.

The Court therefore **GRANTS** the motions to dismiss the claims of the plaintiffs in the above captioned matters. The claims of the above captioned plaintiffs are **DISMISSED WITH PREJUDICE**. **FURTHER, the Court DIRECTS the Clerk to enter judgment in each of the above captioned actions.**

**IT IS SO ORDERED.**

**Signed this 12th day of January, 2016.**

Digitally signed by Judge David R. Herndon
Date: 2016.01.12 09:30:52 -06'00'

**United States District Judge**

4